**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **JAMES CODY MCMAHON** | **CIVIL ACTION NO. 23-0504** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **STATE OF LOUISIANA, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 18] having been considered, together with the Objection [Doc. No. 19] filed by Plaintiff James Cody McMahon ("Mahon") and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff McMahon's Complaint [Doc. No. 8] and Amended Complaint [Doc. No. 17] are **DISMISSED WITH PREJUDICE**, as frivolous and for failure to state claims on which relief may be granted, until the *Heck* conditions are met.

MONROE, LOUISIANA, this 4th day of August, 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE